LAW OFFICE OF ARNE J. NELSON
ARNE J. NELSON, BN 152375
110 Sutter Street, Suite 400
San Francisco, CA 94104-4014
Telephone 415-398-7200
Facsimile 415-398-7402
arne@ajnlaw.com

Attorneys for Plaintiff
SONJA M. CLEMENTS

Appearing pro hac vice
CAROLYN M. LATTI
DAVID F. ANDERSON
Latti & Anderson LLP
30-31 Union Wharf
Boston, MA 02109
Telephone 617-523-1000
Facsimile 617-523-7394
clatti@lattianderson.com
danderson@lattianderson.com

Attorneys for the Plaintiff
SONJA M. CLEMENTS

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONJA M. CLEMENTS, | Case No.: CV 08 2598 |
| Plaintiff, | SEAMAN'S DECLARATION |
| vs. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

## SEAMAN'S DECLARATION

The Plaintiff, SONJA M. CLEMENTS in the above entitled action was a seaman and claims the benefits of the United States Code, Title 28, Section 1916, which provides that:

SEAMAN'S DECLARATION                                                                                   Page 1

1  "In all courts of the United States, seamen may institute and prosecute suits and appeals in their own names and for their own benefit for wages or salvage or the enforcement of laws enacted for their health or safety without prepaying fees or costs or furnishing security therefor."

Pursuant to 28 USC 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on 21 day of May, 2008.

        Respectfully submitted for the
        the Plaintiff, SONJA M. CLEMENTS,
        by her attorneys,

Dated: May 21, 2008

        LAW OFFICES OF ARNE J. NELSON
        ARNE J. NELSON, BN 152375
        110 Sutter Street, Suite 400
        San Francisco, CA 94104-4014
        Telephone 415-398-7200
        Facsimile 415-398-7402
        arne@ajnlaw.com

To be appearing pro hac vice

CAROLYN M. LATTI, ESQ.

DAVID F. ANDERSON, ESQ.

Latti & Anderson LLP

30-31 Union Wharf

Boston, MA 02109

(617) 523-1000

---

SEAMAN'S DECLARATION         Page 2