CAROLYN M. LATTI
Latti & Anderson LLP
30-31 Union Wharf
Boston, MA 02109
Telephone 617-523-1000
Facsimile 617-523-7394
clatti@lattianderson.com



IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHER DISTRICT OF CALIFORNIA

SONJA M. CLEMENTS,

    Plaintiff,

vs.

UNITED STATES OF AMERICA,

    Defendant

Case No.: 08-2598

APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE

    Pursuant to Civil L.R. 11-3, Carolyn M. Latti, an active member in good standing of the bars of Massachusetts and Maine, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Sonja M. Clements in the above-entitled action.

    In support of this application, I certify on oath that:

1.     I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above:

2.     I agree to abide by the Standards of Professional Conduct set forth in the Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court: and,

3.     An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-

counsel in the above-entitled action. The name, address and telephone of that attorney is

> LAW OFFICES OF ARNE J. NELSON
> ARNE J. NELSON, BN 152375
> 110 Sutter Street, Suite 400
> San Francisco, CA 94104-4014
> Telephone 415-398-7200
> Facsimile 415-398-7402
> arne@ajnlaw.com

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 6-16-08                         */s/ Carolyn M. Aron*

Pro Hac Vice Application                 2