DAVID F. ANDERSON
Latti & Anderson LLP
30-31 Union Wharf
Boston, MA 02109
Telephone 617-523-1000
Facsimile 617-523-7394
danderson@lattianderson.com

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHER DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONJA M. CLEMENTS, | Case No.: 08-2598 |
| Plaintiff, | APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE |
| vs. | |
| UNITED STATES OF AMERICA, | |
| Defendant | |

Pursuant to Civil L.R. 11-3, David F. Anderson, an active member in good standing of the bars of Massachusetts, Maine and New Hampshire, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Sonja M. Clements in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above:

2. I agree to abide by the Standards of Professional Conduct set forth in the Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court: and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-

Pro Hac Vice Application                    1

counsel in the above-entitled action. The name, address and telephone of that attorney is

> LAW OFFICES OF ARNE J. NELSON
> ARNE J. NELSON, BN 152375
> 110 Sutter Street, Suite 400
> San Francisco, CA 94104-4014
> Telephone 415-398-7200
> Facsimile 415-398-7402
> arne@ajnlaw.com

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 6/16/08

Pro Hac Vice Application                       2