Reset Form

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

SONJA M. CLEMENTS

|   |   |
|---|---|
| Plaintiff(s), | CASE NO. 08-2598 |
| v. | |
| UNITED STATES OF AMERICA | (Proposed)<br>ORDER GRANTING APPLICATION<br>FOR ADMISSION OF ATTORNEY<br>*PRO HAC VICE* |
| Defendant(s).            / | |

Carolyn M. Latti                                , an active member in good standing of the bar of

Massachusetts & Maine, State and Federal          whose business address and telephone number

(particular court to which applicant is admitted)

is  Latti & Anderson LLP, 30-31 Union Wharf, Boston, MA 02109,

617-523-1000

                                                                      , having applied in the

above-entitled action for admission to practice in the Northern District of California on a *pro hac*

*vice* basis, representing  Sonja M. Clements

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*

*vice* . Service of papers upon and communication with co-counsel designated in the application

will constitute notice to the party. All future filings in this action are subject to the requirements

contained in General Order No. 45, *Electronic Case Filing* .

Dated:        June 18, 2008



United States Magistrate Judge

Edward M.

Judge Edward M. Chen

IT IS SO ORDERED

Left margin: **United States District Court** — For the Northern District of California

Line numbers 1–28