Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SONJA M. CLEMENTS

                        Plaintiff(s),

      v.

UNITED STATES OF AMERICA

                      Defendant(s).

CASE NO. 08-2598

~~(Proposed)~~
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

David F. Anderson, an active member in good standing of the bar of Massachusetts, ME & NH, State and Federal (particular court to which applicant is admitted) whose business address and telephone number is Latti & Anderson LLP, 30-31 Union Wharf, Boston, MA 02109, 617-523-1000

, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Sonja M. Clements

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice* . Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing* .

Dated: June 18, 2008



IT IS SO ORDERED
Judge Edward M. Chen