AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the
Northern District of California

E-filing

| SONJA M. CLEMENTS | ) |
|---|---|
| Plaintiff | ) |
| v. | ) Civil Action No. |
| UNITED STATES OF AMERICA | ) |
| Defendant | ) |

CV 08 2598

EMC

## Summons in a Civil Action

To: UNITED STATES OF AMERICA
(Defendant's name)

A lawsuit has been filed against you.

Within __60__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

ARNE J. NELSON, ESQUIRE
110 SUTTER STREET, SUITE 400
SAN FRANCISCO, CA 94104-4014

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Richard W. Wieking
Name of clerk of court

Date: MAY 2 2 2008

Deputy clerk's signature

MARY ANN BUCKLEY

(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)

AO 440 (Rev. 03/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on __May 29, 2008__, by:

    (1) personally delivering a copy of each to the individual at this place, _____ ; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is see attached sheet _____ ; or

    (4) returning the summons unexecuted to the court clerk on _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

Date: __July 9, 2008__

_____
Server's signature

Carolyn M. Latti, Esquire
Printed name and title

Latti & Anderson LLP
30-31 Union Wharf
Boston, MA 02109
(617) 523-1000

Server's address

Proof of Service

I declare under the penalty of perjury that I served the following items in this case on May 29, 2008 pursuant to Federal Rule of Civil Procedure 4(i)(1)(B), the Court's Order and Civil Local Rule 4-2:

1. Complaint
2. Seaman's Declaration
3. Summons
4. Consent to Proceed Before a United States Magistrate Judge
5. Notice of Assignment of Case to a United States Magistrate Judge for Trial
6. Declination to Proceed Before a Magistrate Judge and Request for Reassignment to a United States District Judge
7. Order Setting Initial Case Management Conference and ADR Deadlines
8. Standing Order for Civil Practice in Cases Assigned for All Purposes to Magistrate Judge Edward M. Chen
9. Standing Order for All Judges of the Northern District of California
10. U.S. District Court Northern California ECF Registration Information Handout

Service was made via Registered Mail, Return Receipt Requested, on the following parties:

1. Mr. Michael B. Mukasey, Esq.
   Attorney General for the United States
   U.S. Department of Justice
   950 Pennsylvania Avenue, NW
   Washington, DC 20530-0001
   Return Receipt Dated: June 3, 2008
   See attached

2. Civil Process Clerk
   United States Attorneys Office for the
   Northern District of California
   9th floor, Federal Building
   450 Golden Gate Avenue, P.O. Box 36055
   San Francisco, CA 94102
   Return Receipt Dated: June 5, 2008
   See attached

Date: <u>July 9, 2008</u>        _____
                                  Server's signature

                                  <u>Carolyn M. Latti, Esquire</u>
                                  Printed name and title
                                  Latti & Anderson LLP
                                  30-31 Union Wharf
                                  <u>Boston, MA 02109</u>
                                  Server's address

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery<br>JUN 0 3 2008 |
| 1. Article Addressed to:<br>Mr. Michael B. Mukasey, Esq<br>Attorney General for the United States<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, N.W.<br>Washington, DC 20530-0001 | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No |
| | 3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☒ Registered  ☒ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D. |
| | 4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | |
| PS Form 3811, February 2004   Domestic Return Receipt | 102595-02-M-1540 |

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X [signature]  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>F. Johan  6-5-08 |
| 1. Article Addressed to:<br>Civil Process Clerk<br>United States Attorneys' Office<br>for the Northern Dist. of California<br>450 Golden Gate Ave, 9th floor<br>San Francisco, CA 94102 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☒ Registered  ☒ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540