UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Sonja M. Clements

                Plaintiff(s),

Case No. C 08-02598

ADR CERTIFICATION BY PARTIES
AND COUNSEL

v.

United States of America

                Defendant(s).
_____/

      Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

      **(1)** Read the handbook entitled "*Dispute Resolution Procedures in the Northern District of California*" on the Court's ADR Internet site www.adr.cand.uscourts.gov  *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

      **(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

      **(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 8/6/2008

Sonja M. Clements
[Party]

Dated: 8/6/2008

Carolyn M. Latti
[Counsel]