United States District Court

For the Northern District of California

1

2

3

4

5

6                    UNITED STATES DISTRICT COURT

7                    NORTHERN DISTRICT OF CALIFORNIA

8

9                                      Case No. C-08-2598-EMC

10   SONJA M. CLEMENTS,

11            Plaintiff,

12        v.

13   UNITED STATES OF AMERICA,

14            Defendant.

15   _____/

16

17        **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE
     AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

18

19        The undersigned party in the above-captioned civil matter hereby declines to consent to the

20   assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests

     the reassignment of this case to a United States District Judge.

21

22

     Dated: August 14, 2008              s/R. Scott Blaze_____

23                                       Signature

24                                       Counsel for United States of America_____
                                              (Name of party or indicate "pro se")

25

26

27

28