United States District Court

For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SONJA M. CLEMENTS,

    Plaintiff,

    v.

UNITED STATES OF AMERICA

    Defendant.
_____/

Case No. C-08-2598-EMC

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE
AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

The undersigned party in the above-captioned civil matter hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: August 15, 2008

/s/ Carolyn M. Latti
Signature

Counsel for Sonja M. Clements

(Name of party or indicate "pro se")