IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SONJA M. CLEMENTS,                         )    Case No.: C-08-2598-JSW
                                           )
                    Plaintiff,             )    ORDER EXTENDING DISCOVERY
                                           )    DEADLINES
          vs.                              )
                                           )
UNITED STATES OF AMERICA,                  )
                                           )
                    Defendant              )
_____)


TO ALL PARTIES AND COUNSEL OF RECORD:

It is hereby ordered that the following deadlines be extended as follows:

Mediation: ~~middle of April 2009~~  April 15, 2009

Designation of Plaintiff's Experts: June 23, 2009

Designation of Defendant's Experts: July 23, 2009

Close of Discovery: September 18, 2009

Motion Hearing: ~~September 30, 2009~~  October 2, 2009 at 9:00 a.m.

Pretrial Conference:  December 14, 2009 at 2:00 p.m.

Trial:  January 11, 2010 at 8:00 a.m.

IT IS SO ORDERED.


Dated:  February 5, 2009

                                    _____
                                    JEFFREY S. WHITE
                                    UNITED STATE DISTRICT JUDGE