IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONJA M. CLEMENTS, | Case No.: C-08-2598-JSW |
| Plaintiff, | ORDER ALLOWING PLAINTIFF'S COUNSEL TO APPEAR BY TELEPHONE |
| vs. | |
| UNITED STATES OF AMERICA, | |
| Defendant | |

TO ALL PARTIES AND COUNSEL OF RECORD:

It is hereby ordered that Plaintiff's counsel, Carolyn M. Latti and David F. Anderson will be allowed to appear at the April 3, 2009 Further Case Management Conference at 1:30 pm by telephone.

IT IS SO ORDERED.

Dated:   March 24, 2009

_____
JEFFREY S. WHITE
UNITED STATE DISTRICT JUDGE