UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| SONJA CLEMENTS, | ) | Civil No. C C08-02598 (JSW) |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | PROTECTIVE |
| | ) | ORDER RE RELEASE OF INFORMATION |
| UNITED STATES OF AMERICA, | ) | PURSUANT TO  PRIVACY ACT |
| | ) | |
| Defendant. | ) | |
| | ) | |

Upon consideration of the parties joint letter memorandum *re* release of Privacy Act information, no objection having been made, and good cause appearing therefore, it is

ORDERED that, pursuant to the Privacy Act, 5 U.S.C. § 552a(b)(11), plaintiff's motion seeking release of the last known address and phone number of persons identified by name in defendant's F.R.Civ.P. 26(a)(1) disclosures, defendants responses to plaintiff's interrogatories nos. 4, 13 and 22, and defendant's responses to plaintiff's requests for production nos. 1 and 5, be, and the same is, hereby GRANTED.

Within 14 days of entry of this Protective Order defendant shall, subject to the following paragraph, provide plaintiff's counsel the last known address and phone number of each person identified by name in defendant's F.R.Civ.P. 26(a)(1) disclosures,  defendants responses to plaintiff's interrogatories nos. 4, 13 and 22, and defendant's responses to plaintiff's requests for production nos. 1 and 5.  It is further

ORDERED that dissemination of the foregoing information shall be limited to counsel, their staffs and the Court, that use of said information shall be solely limited for purposes of this litigation, and that such information shall be returned to defendant's counsel or destroyed upon the conclusion of this litigation.

IT IS SO ORDERED ~~this ___ day of March,~~ on April 3, 2009, at San Francisco, California.

_____
UNITED STATES DISTRICT JUDGE