IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONJA M. CLEMENTS, | ) Case No.: C-08-2598-JSW |
| Plaintiff, | ) ORDER EXTENDING DISCOVERY |
| vs. | ) DEADLINES |
| UNITED STATES OF AMERICA, | ) |
| Defendant | ) |

TO ALL PARTIES AND COUNSEL OF RECORD:

It is hereby ordered that the following deadlines be extended as follows:

Close of ~~all~~ fact discovery: October 30, 2009

Designation of Plaintiff's Experts: November 11, 2009

Designation of Defendant's Experts: December 11, 2009
Close of expert discovery: December 23, 2009
Motion Hearing: January 15, 2010

Pre-Trial Conference: ~~March 1,~~ March 29 2010

Trial: ~~March 15,~~ April 26 2010

IT IS SO ORDERED.

Dated: June 19, 2009

*[signature: Jeffrey S. White]*
JEFFREY S. WHITE
UNITED STATE DISTRICT JUDGE

1