1 │ LAW OFFICES OF ARNE J. NELSON
  │ ARNE J. NELSON,  BN 152375
2 │ 110 Sutter Street, Suite 400
  │ San Francisco, CA  94104-4014
3 │ Telephone: (415) 398-7200
  │ Facsimile: (415) 398-7402
4 │ E-mail: arne@ajnlaw.com

5 │ Appearing pro hac vice

6 │ Carolyn M. Latti
  │ David F. Anderson
7 │ Latti & Anderson LLP
  │ 30-31 Union Wharf
8 │ Boston, MA 02109
  │ Telephone: (617) 523-1000
9 │ Facsimile: (617) 523-7394
  │ E-mail: clatti@lattianderson.com
10│        danderson@lattianderson.com

11│ Attorneys for Plaintiff
  │ SONJA M. CLEMENTS
12│
  │ TONY WEST
13│ Assistant Attorney General
  │ JOSEPH P. RUSSONIELLO
14│ United States Attorney
  │ R. MICHAEL UNDERHILL
15│ Attorney in Charge, West Coast Office
  │ Torts Branch, Civil Division
16│ R. SCOTT BLAZE
  │ Senior Admiralty Counsel
17│ Torts Branch, Civil Division
  │ U.S. Department of Justice
18│
  │ Attorneys for Defendant
19│ United States of America

20│              UNITED STATES DISTRICT COURT

21│            NORTHERN DISTRICT OF CALIFORNIA

22│ SONJA M. CLEMENTS,              ) Civil No. C-08-2598-JSW(EMC)
                                    )
23│              Plaintiff,         ) In Admiralty
                                    )
24│       v.                        )
                                    )
25│ UNITED STATES OF AMERICA,       ) (PROPOSED) ORDER
                                    )
26│              Defendant.         )
                                    )
27│ _____ )

28│ ORDER                                        Case No. C08-2598 JSW

1

2

3

4

5

6

7

8                             UNITED STATES DISTRICT COURT

9                           NORTHERN DISTRICT OF CALIFORNIA

SONJA M. CLEMENTS,                           ) Civil No. C-08-2598-JSW(EMC)
10                                               )
                    Plaintiff,                    ) In Admiralty
11                                               )
                    v.                           )
12                                               )
UNITED STATES OF AMERICA,                    ) ORDER
13                                               )
                    Defendant.                   )
14   _____ )

15          Upon Joint Motion to Extend Discovery and Pretrial Deadlines, Declaration of Counsel in

16   Support, and for good cause shown therein, it is ORDERED,

17          the joint motion is

18          GRANTED. The following dates shall replace previous dates set in this matter:

19          March 19, 2001 close of all discovery, including expert discovery;

20          February 1, 2010  Plaintiff's expert designations;

21          March 1, 2010  Defendant's expert designation

22          April 2, 2010 ~~Motion Hearing;~~  Last day to hear dispositive motions;
            June 14
23              ~~April 19,~~ 2010 Pre-Trial Conference
            July 12
24              ~~May 17,~~ 2010 Trial.

     Dated __December 8_____, 2009.

25

26

27                           _____
                             UNITED STATES DISTRICT JUDGE

28   ORDER                                  1                        Case No. C08-2598 JSW