IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONJA M. CLEMENTS, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> UNITED STATES OF AMERICA, ) <br> ) <br> Defendant ) | Case No.: C-08-2598-JSW <br><br> ORDER CHANGING TRIAL DATE AND <br> PRE-CONFERENCE DATE |

TO ALL PARTIES AND COUNSEL OF RECORD:

It is hereby ordered that the following deadlines be extended as follows:

Pre-Trial: June 28, 2010 at 2:00 pm

Trial: ~~July 14, 2010~~ August 2, 1010 at 8:00 a.m.

IT IS SO ORDERED.

Dated: March 25, 2010

_____
JEFFREY S. WHITE
UNITED STATE DISTRICT JUDGE

1