```
LAW OFFICES OF ARNE J. NELSON
ARNE J. NELSON, BN 152375
110 Sutter Street, Suite 400
San Francisco, CA 94104-4014
Telephone: (415) 398-7200
Facsimile: (415) 398-7402
E-mail: arne@ajnlaw.com

Appearing pro hac vice

Carolyn M. Latti
David F. Anderson
Latti & Anderson LLP
30-31 Union Wharf
Boston, MA 02109
Telephone: (617) 523-1000
Facsimile: (617) 523-7394
E-mail: clatti@lattianderson.com
        danderson@lattianderson.com

Attorneys for Plaintiff
SONJA M. CLEMENTS

TONY WEST
Assistant Attorney General
JOSEPH P. RUSSONIELLO
United States Attorney
R. MICHAEL UNDERHILL
Attorney in Charge, West Coast Office
Torts Branch, Civil Division
R. SCOTT BLAZE
Senior Admiralty Counsel
Torts Branch, Civil Division
U.S. Department of Justice

Attorneys for Defendant
United States of America
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SONJA M. CLEMENTS, | ) | Civil No. C-08-2598-JSW(EMC) |
| | ) | |
| Plaintiff, | ) | In Admiralty |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | (~~PROPOSED~~) ORDER |
| | ) | |
| Defendant. | ) | |

ORDER             1             Case No. C08-2598 JSW

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONJA M. CLEMENTS, | ) Civil No. C-08-2598-JSW(EMC) |
| Plaintiff, | ) In Admiralty |
| v. | ) |
| UNITED STATES OF AMERICA, | ) ORDER |
| Defendant. | ) |

Upon Stipulated Joint Motion to Extend Pretrial and Trial Deadlines, and for good cause shown therein, it is ORDERED,

the stipulated joint motion is

GRANTED. The following dates shall replace previous dates set in this matter:

July 16, 2010 Defendant's expert designation;

August 31, 2010 completion of expert depositions;

Final Pretrial Conference ~~three weeks before Bench Trial~~; September 7, 2010 at 2:00 p.m.

~~September 28, 2010 (or date thereafter convenient for the Court)~~ September 27, 2010 at 8:00 a.m.: Bench Trial.

Dated __June 3_____, 2010.

_Jeffrey S. White_
UNITED STATES DISTRICT JUDGE

ORDER 2 Case No. C08-2598 JSW

SUBMITTED BY:

Dated: June 2, 2010                     Latti & Anderson LLP

                                        s/Carolyn May Latti
                                        _____
                                        CAROLYN MAY LATTI

                                        Attorney for Plaintiff
                                        Sonja M. Clements

Dated: June 2, 2010                     TONY WEST
                                        Assistant Attorney General
                                        JOSEPH P. RUSSONIELLO
                                        United States Attorney
                                        R. MICHAEL UNDERHILL
                                        Attorney in Charge, West Coast Office
                                        Torts Branch, Civil Division


                                        s/R. Scott Blaze
                                        _____
                                        R. SCOTT BLAZE
                                        Senior Admiralty Counsel
                                        Torts Branch, Civil Division
                                        U.S. Department of Justice

                                        Attorneys for Defendant
                                        United States of America


## CERTIFICATION OF SIGNATURES

I attest that the content of the document is acceptable to all persons required to sign the document.

                                        s/R. Scott Blaze
                                        _____
                                        R. SCOTT BLAZE

## CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the forgoing (PROPOSED) ORDER was served on the following at their last known addresses:

Served Electronically through CM/ECF:

| | | |
|---|---|---|
| Carolyn May Latti | clatti@lattianderson.com | June 2, 2010 |
| David French Anderson | danderson@lattianderson.com | June 2, 2010 |
| Samuel Lasser | samlasser@hotmail.com | June 2, 2010 |

Served by First Class Mail on June 2, 2010:

Arne J. Nelson
Law Offices of Arne J. Nelson
110 Sutter Street, Suite 400
San Francisco, CA 94104

                                             s/R. Scott Blaze
                                         R. SCOTT BLAZE