IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONJA M. CLEMENTS,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Defendant | Case No.: C-08-2598-LSW<br><br>ORDER ON JOINT MOTION TO CHANGE TRIAL DATE |

　　　Upon Joint Motion to Change Trial Date, and for good cause shown therein, it is ORDERED,

　　　the joint motion is
　　　GRANTED. The following dates shall replace previous dates set in this matter:
The pretrial conference is CONTINUED to March 7, 2010 at 2:00 p.m. and the trial is ~~January 10, 17, 24, 31 or March 14, 2011 (or date thereafter convenient for the Court) Bench Trial.~~
CONTINUED to April 4, 2010 at 8:00 am.
　　　~~Final Pretrial Conference approximately three weeks before Bench Trial(excluding February 14 and 21, 2011).~~

　　　Dated, _August 24_____ 2010.


_____
JEFFREY S. WHITE
UNITED STATE DISTRICT JUDGE

1