IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONJA M. CLEMENTS,<br><br>    Plaintiff,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant.<br> _____ / | No. C 08-02598 JSW<br><br>**ORDER RE: REFERRAL FOR SETTLEMENT CONFERENCE** |

In advance of the pretrial conference set for March 7, 2011, the Court hereby advises the parties of its intent to refer the matter to a United States Magistrate Judge for settlement conference to be held between March 8 and April 1, 2011.  If, after meeting and conferring on the matter, the parties agree to appear for a settlement conference at an earlier date, the parties must so advise the Court by January 24, 2011.

**IT IS SO ORDERED.**

Dated: January 14, 2011

JEFFREY S. WHITE  
UNITED STATES DISTRICT JUDGE