LAW OFFICES OF ARNE J. NELSON
ARNE J. NELSON, BN 152375
110 Sutter Street, Suite 400
San Francisco, CA 94104-4014
Telephone 415-398-7200
Facsimile 415-398-7402
arne@ajnlaw.com

Attorneys for the Plaintiff
SONJA M. CLEMENTS

Appearing pro hac vice
CAROLYN M. LATTI
DAVID F. ANDERSON
Latti & Anderson LLP
30-31 Union Wharf
Boston, MA 02109
Telephone 617-523-1000
Facsimile 617-523-7394
clatti@lattianderson.com
danderson@lattianderson.com

Attorneys for the Plaintiff
SONJA M. CLEMENTS

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONJA M. CLEMENTS, | Case No.: C-08-2598-LSW |
| Plaintiff, | PROPOSED ORDER ON JOINT MOTION TO CHANGE MEDIATION DATE |
| vs. | |
| UNITED STATES OF AMERICA, | |
| Defendant | |

1

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONJA M. CLEMENTS, | ) Case No.: C-08-2598-LSW |
| Plaintiff, | ) ORDER GRANTING JOINT MOTION TO CHANGE MEDIATION DATE |
| vs. | ) |
| UNITED STATES OF AMERICA, | ) |
| Defendant | ) |

Upon consideration of Joint Motion to Change Mediation Date, and for good cause shown therein, it is ORDERED,

The joint motion is GRANTED.

Mediation is to be completed no later than December 16, 2011.

Dated , _June 10_____ 2011.

_____
JEFFREY S. WHITE
UNITED STATE DISTRICT JUDGE