LAW OFFICES OF ARNE J. NELSON
ARNE J. NELSON, BN 152375
110 Sutter Street, Suite 400
San Francisco, CA 94104-4014
Telephone: (415) 398-7200
Facsimile: (415) 398-7402
E-mail: arne@ajnlaw.com

Appearing pro hac vice

Carolyn M. Latti
David F. Anderson
Latti & Anderson LLP
30-31 Union Wharf
Boston, MA 02109
Telephone: (617) 523-1000
Facsimile: (617) 523-7394
E-mail: clatti@lattianderson.com
         danderson@lattianderson.com

Attorneys for Plaintiff
SONJA M. CLEMENTS

TONY WEST
Assistant Attorney General
MELINDA L. HAAG
United States Attorney
R. MICHAEL UNDERHILL
Attorney in Charge, West Coast Office
Torts Branch, Civil Division
R. SCOTT BLAZE
Senior Admiralty Counsel
Torts Branch, Civil Division
U.S. Department of Justice
7-5395 Federal Bldg., P.O. Box 36028
450 Golden Gate Avenue
San Francisco, California 94102-3463
Telephone: (415) 436-6635
Facsimile: (415) 436-6632
E-mail: scott.blaze@usdoj.gov

Attorneys for Defendant
United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONJA M. CLEMENTS, | ) Civil No. C-08-2598-JSW(EMC) |
| Plaintiff, | ) In Admiralty |
| v. | ) |
| UNITED STATES OF AMERICA, | ) (~~PROPOSED~~) ORDER |
| Defendant. | ) |

ORDER                                           Case No. C08-2598 JSW

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONJA M. CLEMENTS,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Civil No. C-08-2598-JSW<br><br>In Admiralty<br><br>ORDER GRANTING STIPULATION CONTINUING SETTLEMENT CONFERENCE |

Upon Stipulation Continuing Settlement Conference, and for good cause shown therein, it is ORDERED,

the stipulation is

GRANTED. The settlement conference is CONTINUED to December ~~16~~ 14, 2011 at 9 a.m. Courtroom C, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.

Dated November 29, 2011.

_____
BERNARD ZIMMERMAN
UNITED STATES MAGISTRATE JUDGE

ORDER                          Case No. C08-2598 JSW

SUBMITTED BY:

Dated: November 23, 2011     Latti & Anderson LLP

s/Carolyn May Latti
_____
CAROLYN MAY LATTI

Attorney for Plaintiff
Sonja M. Clements

Dated: November 23, 2011     TONY WEST
Assistant Attorney General
MELINDA L. HAAG
United States Attorney
R. MICHAEL UNDERHILL
Attorney in Charge, West Coast Office
Torts Branch, Civil Division

s/R. Scott Blaze
_____
R. SCOTT BLAZE
Senior Admiralty Counsel
Torts Branch, Civil Division
U.S. Department of Justice

Attorneys for Defendant
United States of America

CERTIFICATION OF SIGNATURES

I attest that the content of the document is acceptable to all persons required to sign the document.

s/R. Scott Blaze
_____
R. SCOTT BLAZE

ORDER                                            Case No. C08-2598 JSW

## CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing (PROPOSED) ORDER was served on the following at their last known addresses:

Served Electronically through CM/ECF:

| | | |
|---|---|---|
| Carolyn May Latti | clatti@lattianderson.com | November 23, 2011 |
| David French Anderson | danderson@lattianderson.com | November 23, 2011 |
| Samuel Lasser | samlasser@hotmail.com | November 23, 2011 |

Served by First Class Mail on November 23, 2011:

Arne J. Nelson
Law Offices of Arne J. Nelson
110 Sutter Street, Suite 400
San Francisco, CA 94104

                                                s/R. Scott Blaze
                                                R. SCOTT BLAZE