UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONJA M. CLEMENTS, | ) Civil No. C-08-2598-JSW |
| Plaintiff, | ) |
| | ) In Admiralty |
| v. | ) |
| | ) |
| UNITED STATES OF AMERICA, | ) ORDER AS MODIFIED |
| Defendant. | ) |

Upon JOINT MOTION TO RESET PRETRIAL FILING DATE, and declaration in support, it is ORDERED the motion is GRANTED.

All required pretrial submissions shall be filed on December 2̶1̶ 20, 2011.

Dated  December 5 , 2011.

*Jeffrey S. White*
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

ORDER                           2                      Case No. C08-2598 JSW