IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONJA M. CLEMENTS,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant.<br>_____ / | No. C 08-02598 JSW<br><br>**ORDER CONTINUING PRETRIAL CONFERENCE AND TRIAL DATE** |

The Court HEREBY CONTINUES the pretrial conference and trial in the above captioned matter to February 6, 2012 at 2:00 p.m. and March 5, 2012 at 8:00 a.m., respectively..

**IT IS SO ORDERED.**

Dated: December 23, 2011

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE