1  LAW OFFICES OF ARNE J. NELSON
   ARNE J. NELSON,  BN 152375
2  110 Sutter Street, Suite 400
   San Francisco, CA  94104-4014
3  Telephone: (415) 398-7200
   Facsimile: (415) 398-7402
4  E-mail: arne@ajnlaw.com

5  Appearing pro hac vice

6  Carolyn M. Latti
   David F. Anderson
7  Latti & Anderson LLP
   30-31 Union Wharf
8  Boston, MA 02109
   Telephone: (617) 523-1000
9  Facsimile: (617) 523-7394
   E-mail: clatti@lattianderson.com
10         danderson@lattianderson.com

11 Attorneys for Plaintiff
   SONJA M. CLEMENTS

12 TONY WEST
   Assistant Attorney General
13 MELINDA L. HAAG
   United States Attorney
14 R. MICHAEL UNDERHILL
   Attorney in Charge, West Coast Office
15 Torts Branch, Civil Division
   R. SCOTT BLAZE
16 Senior Admiralty Counsel
   Torts Branch, Civil Division
17 U.S. Department of Justice
   Telephone: (415) 436-6635
18 Facsimile: (415) 436-6632
   E-mail: scott.blaze@usdoj.gov

19 Attorneys for Defendant
   United States of America

20                UNITED STATES DISTRICT COURT

21              NORTHERN DISTRICT OF CALIFORNIA

22 SONJA M. CLEMENTS,                  ) Civil No. C-08-2598-JSW
                                       )
23            Plaintiff,               ) In Admiralty
                                       )
24        v.                           )
                                       )
25 UNITED STATES OF AMERICA,           ) ~~PROPOSED~~ ORDER CONTINUING
                                       ) PRETRIAL AND TRIAL DATES
26            Defendant.               )
   _____)
27

28                                          Case No. C-08-2598-JSW

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SONJA M. CLEMENTS, | ) | Civil No. C-08-2598-JSW |
| Plaintiff, | ) | In Admiralty |
| v. | ) | |
| UNITED STATES OF AMERICA, | ) | ORDER CONTINUING PRETRIAL |
| Defendant. | ) | AND TRIAL DATES |

Upon Joint Stipulation by the parties, and proposed settlement of this matter, the current dates for Pretrial filings, Pretrial Conference and Trial are hereby continued by 90 days or such longer period as the Court may designate.  It is

ORDERED that the following dates will apply:

Pre-Trial Conference    May 7, 2012 at 2:00 p.m.

Trial May 29, 2012 at 8:00 a.m.

Dated ,    January 20,    2012.


JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

ORDER                                            1                            Case No. C-08-2598-JSW