LAW OFFICES OF ARNE J. NELSON
ARNE J. NELSON, BN 152375
110 Sutter Street, Suite 400
San Francisco, CA 94104-4014
Telephone: (415) 398-7200
Facsimile: (415) 398-7402
E-mail: arne@ajnlaw.com

Appearing pro hac vice

Carolyn M. Latti
David F. Anderson
Latti & Anderson LLP
30-31 Union Wharf
Boston, MA 02109
Telephone: (617) 523-1000
Facsimile: (617) 523-7394
E-mail: clatti@lattianderson.com
　　　　danderson@lattianderson.com

Attorneys for Plaintiff
SONJA M. CLEMENTS

TONY WEST
Assistant Attorney General
MELINDA L. HAAG
United States Attorney
R. MICHAEL UNDERHILL
Attorney in Charge, West Coast Office
Torts Branch, Civil Division
R. SCOTT BLAZE
Senior Admiralty Counsel
Torts Branch, Civil Division
U.S. Department of Justice
Telephone: (415) 436-6635
Facsimile: (415) 436-6632
E-mail: scott.blaze@usdoj.gov

Attorneys for Defendant
United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONJA M. CLEMENTS, | ) Civil No. C-08-2598-JSW |
| Plaintiff, | ) |
| | ) In Admiralty |
| v. | ) |
| UNITED STATES OF AMERICA, | ) ~~PROPOSED~~ ORDER CONTINUING |
| Defendant. | ) PRETRIAL AND TRIAL DATES |

Case No. C-08-2598-JSW

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SONJA M. CLEMENTS, | ) | Civil No. C-08-2598-JSW |
| Plaintiff, | ) | In Admiralty |
| v. | ) | |
| UNITED STATES OF AMERICA, | ) | ORDER CONTINUING PRETRIAL AND TRIAL DATES |
| Defendant. | ) | |

Upon Joint Stipulation by the parties, and proposed settlement of this matter, the current dates for Pretrial filings, Pretrial Conference and Trial are hereby continued by 90 days or such longer period as the Court may designate. It is

ORDERED that the following dates will apply:

Pre-Trial Conference   May 7, 2012 at 2:00 p.m.

Trial   May 29, 2012 at 8:00 a.m.

Dated, January 20, 2012.

_Jeffrey S. White  James Ware_
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

ORDER   1   Case No. C-08-2598-JSW