STUART DELERY
Acting Assistant Attorney General
MELINDA L. HAAG
United States Attorney
R. MICHAEL UNDERHILL
Attorney in Charge, West Coast Office
Torts Branch, Civil Division
R. SCOTT BLAZE
Senior Admiralty Counsel
Torts Branch, Civil Division
U.S. Department of Justice
7-5395 Federal Bldg., P.O. Box 36028
450 Golden Gate Avenue
San Francisco, California 94102-3463
Telephone: (415) 436-6635
Fax: (415) 436-6632
E-mail: scott.blaze@usdoj.gov
Attorneys for Defendant
United States of America

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONJA M. CLEMENTS,<br>    Plaintiff,<br>v.<br>UNITED STATES OF AMERICA,<br>    Defendant. | Civil No. C-08-2598-JSW<br><br>In Admiralty<br><br>CONSENT JUDGMENT |

The above captioned action having been compromised, it is, upon the subjoined consents of counsel

**ORDERED AND ADJUDGED** that defendant, United States of America, shall pay to Sonja Clements and Latti & Anderson LLP, her attorneys, the sum of Two Million, Five Hundred Thousand Dollars and No Cents ($2,500,000.00) without interest and without costs.

**IT IS SO ORDERED.**

Dated: April 13, 2012

_____
UNITED STATES DISTRICT JUDGE

We hereby consent to the entry of the foregoing Consent Judgment:

Dated: April 9, 2012

STUART DELERY
Acting Assistant Attorney General
MELINDA L. HAAG
United States Attorney
R. MICHAEL UNDERHILL
Attorney in Charge, West Coast Office
Torts Branch, Civil Division

_____
R. SCOTT BLAZE
Senior Admiralty Counsel
Torts Branch, Civil Division
U.S. Department of Justice

Attorneys for Defendant
United States of America

Dated: April 10, 2012.

Latti & Anderson

_____
CAROLYN MAY LATTI
DAVID FRENCH ANDERSON

Appearing pro hac vice

LAW OFFICES OF ARNE J. NELSON
ARNE J. NELSON

Attorneys for Plaintiff
SONJA M. CLEMENTS