LAW OFFICES OF ARNE J. NELSON
ARNE J. NELSON, BN 152375
110 Sutter Street, Suite 400
San Francisco, CA 94104-4014
Telephone: (415) 398-7200
Facsimile: (415) 398-7402
E-mail: arne@ajnlaw.com

Appearing pro hac vice

Carolyn M. Latti
David F. Anderson
Latti & Anderson LLP
30-31 Union Wharf
Boston, MA 02109
Telephone: (617) 523-1000
Facsimile: (617) 523-7394
E-mail: clatti@lattianderson.com
       danderson@lattianderson.com

Attorneys for Plaintiff
SONJA M. CLEMENTS

STUART DELERY
Acting Assistant Attorney General
MELINDA L. HAAG
United States Attorney
R. MICHAEL UNDERHILL
Attorney in Charge, West Coast Office
Torts Branch, Civil Division
R. SCOTT BLAZE
Senior Admiralty Counsel
Torts Branch, Civil Division
U.S. Department of Justice
Telephone: (415) 436-6635
Facsimile: (415) 436-6632
E-mail: scott.blaze@usdoj.gov

Attorneys for Defendant
United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONJA M. CLEMENTS, | ) Civil No. C-08-2598-JSW |
| Plaintiff, | ) In Admiralty |
| v. | ) |
| UNITED STATES OF AMERICA, | ) (~~PROPOSED~~) ORDER VACATING |
| Defendant. | ) PRETRIAL AND TRIAL DATES |

Case No. C-08-2598-JSW

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SONJA M. CLEMENTS, | ) | Civil No. C-08-2598-JSW |
| Plaintiff, | ) | In Admiralty |
| v. | ) | |
| UNITED STATES OF AMERICA, | ) | ORDER VACATING PRETRIAL AND TRIAL DATES |
| Defendant. | ) | |

    The parties having informed this Court that this case has been settled, and that the settlement will likely be consummated in 12 to 16 weeks, and further, that the parties have stipulated that the pretrial and bench trial dates be vacated, it is

    ORDERED, that the Bench Trial date of May 29, 2012, and the Final Pretrial Conference date of May 7, 012, be, and they hereby are, VACATED.

Dated ____April 13,_____ 2012.

_____
JEFFREY S. WHITE
UNITED STATE DISTRICT JUDGE

ORDER                      1                    Case No. C-08-2598-JSW